UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIVIAN SALAZAR,

        Plaintiff,

v.

BERBER, et al.,

        Defendants.

Case No. 4:22-cv-02891-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 21, 23, 24

On October 11, 2022, the parties filed their respective Notices of Need for Mediation. (Dkt. Nos. 21 & 23.) Therein, the parties represented that only counsel had participated in settlement discussions in violation of General Order 56, which also requires the participation of the parties. *See ids.*

On October 12, 2022, the ADR Unit brought this deficiency to the parties' attention, and informed them that "[n]o mediation referral will be issued until all of the requirements of General Order 56 have been met." (Dkt. No. 24.) They were then advised that "[i]f an extension of time to complete the requirements of General Order 56 is needed, an extension should be requested to the assigned Judge." *Id.* To date, the parties have not sought relief from the undersigned and there is no indication that they have complied with General Order 56.

Accordingly, on or before **September 15, 2023**, the parties shall separately show cause why they should not be sanctioned for failing to hold a settlement conference after being informed by the ADR Unit that they had failed to comply with General Order 56, and why they did not seek an extension of time to do so from the undersigned. Also by September 15, 2023, the parties shall hold the mandated settlement conference with the full participation of parties and counsel, and file amended Notices of Need for Mediation should their settlement efforts be unsuccessful.

1    Alternatively, in the event that this case has resolved, the parties may file a stipulation of
2 dismissal.
3    IT IS SO ORDERED.
4 Dated: August 21, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge