UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, | Case No. 4:22-cv-02891-KAW |
| Plaintiff, | **ORDER SETTING HEARING ON FIRST ORDER TO SHOW CAUSE; SECOND ORDER TO SHOW CAUSE TO DEFENDANTS** |
| v. | |
| BERBER, et al., | Re: Dkt. Nos. 27, 28 |
| Defendants. | |

On October 11, 2022, the parties filed their respective Notices of Need for Mediation. (Dkt. Nos. 21 & 23.) Therein, the parties represented that only counsel had participated in settlement discussions in violation of General Order 56, which also requires the participation of the parties. *See ids.*  The ADR Unit brought this deficiency to the parties' attention and informed them that "[n]o mediation referral will be issued until all of the requirements of General Order 56 have been met." (Dkt. No. 24.)  They were then advised that "[i]f an extension of time to complete the requirements of General Order 56 is needed, an extension should be requested to the assigned Judge." *Id.*

The parties did not seek relief from the undersigned, and there was no indication that they had complied with General Order 56, so the Court issued an order to show cause on August 21, 2023. (Dkt. No. 27.)  Therein, the parties were ordered to separately show cause by September 15, 2023, why they should not be sanctioned for failing to hold a settlement conference after being informed by the ADR Unit that they had failed to comply with General Order 56, and why they did not seek an extension of time to do so from the undersigned. *Id.* at 1.  Additionally, the parties were ordered to hold the mandated settlement conference with the full participation of parties and counsel, and file amended Notices of Need for Mediation should their settlement efforts be

United States District Court
Northern District of California

1    unsuccessful. *Id.*  They were further advised that, "in the event that this case has resolved, the

2    parties may file a stipulation of dismissal." *Id.* at 2.

3         On September 8, 2023, Plaintiff filed a response to the order to show cause, in which she

4    explained that the parties fully executed a settlement agreement on January 4, 2023, but that

5    Defendants had not complied with the terms despite Plaintiff's attempts to reach them by phone

6    and email, and that she now intends to pursue a breach of contract action against Defendants.

7    (Pl.'s Response, Dkt. No. 28 at 2.)  Plaintiff's counsel's supporting declaration indicates that his

8    last attempt to reach Defendants occurred on March 8, 2023. (Decl. of Tiago M. Coehlo, Dkt. No.

9    28-1 ¶ 7.)  Defendants did not file a response to the order to show cause.

10        The order to show cause clearly instructed the parties to meet and confer regarding

11   settlement, but based on Plaintiff's representation, neither side attempted to contact the opposing

12   party. Accordingly, the Court sets a hearing on the August 21, 2023 order to show cause for

13   **November 16, 2023** at 1:30 PM.

14        Additionally, the Court issues a SECOND ORDER TO SHOW CAUSE to Defendants.

15   Defendants shall respond by **November 3, 2023**, and explain why they failed to respond to the

16   first order to show cause, and why they have not performed in accordance with the executed

17   settlement agreement.  Defendants are advised that the failure to both respond to the second order

18   to show cause and appear at the hearing may result in imposition of sanctions, which may be

19   imposed against Defendants and/or defense counsel.

20        IT IS SO ORDERED.

21   Dated: October 27, 2023

22                                                              KANDIS A. WESTMORE
                                                                United States Magistrate Judge
23

24

25

26

27

28

United States District Court
Northern District of California

2