UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR,<br><br>        Plaintiff,<br><br>v.<br><br>BERBER, et al.,<br><br>        Defendants. | Case No. 4:22-cv-02891-KAW<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE HEARING; JOINT STATUS REPORT ORDER**<br><br>Re: Dkt. Nos. 27-30 |

On October 27, 2023, the Court set a November 16, 2023 hearing on the first order to show cause, and issued a second order to show cause to Defendant. (Dkt. No. 29.) On November 3, 2023, Defendants filed a response and declaration of counsel confirming that the parties executed a settlement agreement on January 4, 2023. (Decl. of Thomas J. LaLanne, "LaLanne Decl.," Dkt. No. 30 ¶ 6.) Defense counsel further provided that he never spoke with Plaintiff's counsel, and only communicated with Mr. Coehlo's legal assistant. (LaLanne Decl. ¶ 6.) Defense counsel stated that he assumed that Plaintiff's September 8, 2023 response stating that his client intended to sue Defendants for breach of contract meant that Plaintiff did not intend to continue pursuing the instant case in federal court. (LaLanne Decl. ¶ 8.) That assumption is reasonable, as any enforcement action would be filed in state court.

Lead counsel for the parties are ordered to substantively meet and confer regarding settlement either in-person or via videoconference. The hearing on the order to show cause is continued to December 7, 2023 at 1:30 p.m. If a voluntary dismissal is not filed, the parties shall provide a joint status report by November 30, 2023.

IT IS SO ORDERED.

Dated: November 7, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge