UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR,<br><br>           Plaintiff,<br><br>   v.<br><br>BERBER, et al.,<br><br>           Defendants. | Case No. 22-cv-02891-KAW (SK)<br><br>**ORDER TO SHOW CAUSE** |

This matter was referred to the undersigned for the purposes of settlement. (Dkt. No. 36.) On January 3, 2024, the Court held a settlement scheduling conference. Plaintiff's counsel appeared; however, Defendants' counsel Thomas John LaLanne did not.

The Court has a full case load and does not have the time to manage this case for Defendants. Therefore, the Court hereby ORDERS that defense counsel Show Cause in writing no later than January 10, 2024, as to why he should not sanctioned in the amount of $200 for failing to appear.

**IT IS SO ORDERED**.

Dated: January 4, 2024

_____
SALLIE KIM
United States Magistrate Judge