# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, an individual,<br><br>          Plaintiff,<br><br>   v.<br><br>BERBER, a California corporation; TONY GARNICKI, an individual; BORHEN HAMMAMI, an individual; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.: 4:22-cv-02891-KAW<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, and good cause appearing therefor, the Court DISMISSES this action with prejudice as to Plaintiff's claims. Each party shall bear her or its own costs, experts' fees, attorneys' fees, and attorneys' expenses. The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case.

**IT IS SO ORDERED.**

DATED: June 14, 2024       By: _Kandis Westmore_
                                  Hon. Kandis A. Westmore
                                  United States District Judge